7994

## COFIELD· v. E. A. JENKINS MOTOR CO.

DAMAGES—CONTRACTS—COMMISSIONS.—Where a manufacturer of autos for valuable consideration gives one the exclusive agency to sell its cars in a given territory on commission and knowingly during the life of the contract sells cars in the territory it is liable to such party in action for breach of the contract for the same commissions he was to have on sales made by him.

Before MEMMINGER, J., Richland.    Affirmed.

Action by James Cofield against E. A. Jenkins Motor Company.    Defendant appeals.

*Mr. Robert Moorman,* for appellant.

*Messrs. Nelson, Nelson & Gettys,* contra.

August 1, 1911.    The opinion of the Court was delivered by

MR. JUSTICE HYDRICK.    For valuable consideration, defendant gave plaintiff the exclusive agency to sell its motor cars in a certain territory for a specified time, and agreed to allow him a discount of ten per cent. from the catalogue prices on all cars sold.    During the life of the contract, defendant, knowing that it was acting in violation of its terms, sold four cars in plaintiff's territory worth, at catalogue prices, $5,300.00.    *Held,* in an action for breach of the contract, that the measure of plaintiff's damages was ten per cent. of the catalogue prices of the cars so sold by defendant.

Affirmed.

MR. JUSTICE WOODS *did not sit in this case.*